THE NATIONAL COMMERCIAL BANK OF ALBANY, Appellant, *v.* THE LACKAWANNA TRANSPORTATION COMPANY, Respondent.

*National Commercial Bank* v. *Lackawanna Transp. Co.*, 59 App. Div. 270, affirmed.

(Argued June 23, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 19, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*John M. Bowers, William Lansing* and *Latham G. Reed* for appellant.

*John G. Milburn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.